IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CRIMINAL NO. 08-30046-GPM/CJP |
| DIEGO RAMIREZ-MORALES, | ) | |
| Defendant. | ) | |

# ORDER

**PROUD, Magistrate Judge**:

Upon consideration and for good cause shown, the government's Motion for an Order Remanding Material Witnesses **(Doc. 42)** is **GRANTED**.

The court orders that custody of material witnesses **Jose Arroyo-Rodriguez, Jose Hidalgo-Barajas**, **Juan Rosales-Flores, and Maria Rivera-Pineda** is hereby remanded to the United States Immigration and Customs Enforcement.

**IT IS SO ORDERED.**

**DATE: April 22, 2008.**

                                                  **s/ Clifford J. Proud**
                                                **CLIFFORD J. PROUD**
                                                **UNITED STATES MAGISTRATE JUDGE**